IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **ROBERT PORTER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 4:02 CV 498 TSL-AGN |
| **CITIFINANCIAL, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

CAME ON, to be heard on Defendants' Motion to Dismiss, and the Court, having been advised in the premises, finds said Motion to be well taken and further finds that same should be GRANTED.

IT IS THEREFORE ORDERED, AND ADJUDGED, that all claims asserted by all plaintiffs, including, Robert Porter, Lendell Brooks, Brenda Joiner, Ricky Joiner, Jeardine Robinson, Cornelius Moton and Victoria Green against Defendants shall be dismissed with prejudice, the Court specifically retaining jurisdiction to hear and decide Defendants' Motion to Recover Attorneys' Fees and Cost Incurred from their Motion to Disqualify and Related Discovery.

SO ORDERED, this the  23rd  day of November, 2005.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE TOM S. LEE

Submitted by:

Eric F. Hatten, MBN 10428
BURR & FORMAN LLP
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201
ATTORNEY FOR DEFENDANTS